## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Betty Lavonia Rice** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#   xxx-xx-9466 | ) | |
| SS# | ) | Case No.  **15-51114** |
| Debtor(s) | ) | |

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  _October 29, 2015_ .

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS.  IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.     Payments to the Trustee:  The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of  __60__  consecutive months by means of monthly payments of  __$1,115.00__ , for distribution to creditors after payment of costs of administration.

2.     Payments made directly to creditors:  The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | -NONE- | |

3.     Disbursements by the Trustee:  The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)     The following priority claims shall be paid in full by means of deferred payment:
   **Forsyth County Tax Collector**

(B)     The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **U.S. Bank Trust, N.A.** | **Residence: 525 Lunar Ct, Winston Salem NC** **Market Value= $47,000.00** | **$583.60** |

(C)     The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **GM Financial Co. Inc.** | **2012 Chevrolet Cruze LS [90,000+ miles]** **Market Value= $8,280.00** | **AP = $80.00** **$8,820.00 @ 5.25% prorata** |
| **Piedmont Natural Gas** | **Carrier gas furnace  Market Value= $1,000.00** | **$1,000.00 @ 5.25% prorata** |

(D)     The following co-signed claims shall be paid in full by monthly payments:
   **-NONE-**

(E)     The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **U.S. Bank Trust, N.A.** | **Residence: 525 Lunar Ct, Winston Salem NC** | **$11,500.00 prorata** |

      (F)      After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims.  The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than **0** % and is estimated to be **0** %.

4.      <u>Property to be surrendered</u>:  The following property will be returned to the secured creditor:

<u>Creditor</u>                      <u>Collateral</u>
  **-NONE-**
     (name of creditor and description of property)

5.      The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

<u>Contract\Lease Party</u>          <u>Description of Contract or Lease</u>          <u>Assume or Reject?</u>
  **-NONE-**

6.      Other proposed provisions are as follows:
          **- Debtor(s) shall make direct Plan payments.**

Date:   10/29/2015

**/s/ Wendell "Wes" Schollander, III**
**Wendell "Wes" Schollander, III NC28062**
Attorney for the Debtor
Address:     **2000 W. First Street, Suite 308**
                **Winston-Salem, NC 27104**
Telephone:   **336-727-0900**
State Bar No.   **NC28062**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| In Re: | ) | |
|---|---|---|
| **Betty Lavonia Rice** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#   xxx-xx-9466 | ) | |
| SS# | ) | Case No. _____ |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Bass & Associates PC**
**3936 E Ft Lowell Rd, Ste 200**
**Tucson, AZ 85712-1083**

**DirecTV**
**Attn:  Bankruptcy**
**P.O. Box 6550**
**Englewood, CO 80155**

**Forsyth County Clerk of Court**
**Re File #08-cvd-5864**
**P.O. Box 20099**
**Winston Salem, NC 27120**

**Forsyth County Tax Collector**
**P.O. Box 82**
**Winston Salem, NC 27102**

**Forsyth Medical Center**
**Novant Health Inc.**
**P.O. Box 11549**
**Winston Salem, NC 27116**

**GM Financial Co. Inc.**
**c/o AmeriCredit Financial Services**
**PO Box 182963**
**Arlington, TX 76096-2963**

**David R. Heath, DDS**
**PO Box 545**
**Walkertown, NC 27051**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**MCI Telecommunications**
**Attn:  Customer Relations**
**P.O.Box 3400**
**Cedar Rapids, IA 52405**

**Medical Park Hospital**
**Novant Health Inc.**
**PO Box 11549**
**Winston Salem, NC 27116**

**Dr. Giovanna Medina**
**Rua Visconde de Piraja 111 Suite 516**
**Ipanema, Rio de Janeiro**
**Brasil 22410-010**

**Midland Funding LLC**
**c/o Sessoms & Rogers PA**
**PO Box 110564**
**Durham, NC 27709**

**Midland Funding LLC**
**8875 Aero Drive, Ste 200**
**San Diego, CA 92193**

**NC Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640**

**Novant Medical Group**
**aka NMG Urology Partners**
**PO Box 30143**
**Charlotte, NC 28230**

**Piedmont Natural Gas**
**c/o Bankruptcy**
**4339 S. Tryon Street**
**Charlotte, NC 28217-1733**

**Piedmont Triad Anesthesia PA**
**145 Kimel Park Dr, Ste 120**
**Winston Salem, NC 27103-6945**

**ScrippsHealth-Mercy Hospital**
**c/o California Business Bureau**
**4542 Ruffner St, Ste 160**
**San Diego, CA 92111**

**Sprint Nextel Correspondence**
**Attn:  Bankruptcy Dept.**
**PO Box 7949**
**Overland Park, KS 66207-2662**

**Triad Radiology Assoc.**
**dba Forsyth Radiology**
**PO Box 26454**
**Winston Salem, NC 27114-6454**

**U.S. Bank Trust, N.A.**
**c/o Caliber Home Loans Inc.**
**13801 Wireless Way**
**Oklahoma City, OK 73134**

**United Consumer Financial**
**865 Bassett Road**
**Westlake, OH 44145**

**US Dept. of Education**
**c/o VSAC Federal Loans**
**PO Box 777**
**Winooski, VT 05404-0777**

**Vericrest Financial**
**PO Box 24610**
**Oklahoma City, OK 73124**

**Verizon Wireless**
**500 Technology Dr #550**
**Saint Charles, MO 63304**

Date:   10/29/2015

**/s/ Wendell "Wes" Schollander, III**
**Wendell "Wes" Schollander, III NC28062**